# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160034(67)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

ROBIN RICK MANNING,
          Defendant-Appellant.
_____/

          On order of the Chief Justice, the motion of Markell Thomas Marsh to file a brief amicus curiae and to waive the filing fee is GRANTED.  The amicus brief submitted on April 27, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



Clerk